| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR11-0387JLR |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AND APPOINTMENT OF NEW COUNSEL |
| v. | |
| DAVID POSEY, | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

This matter comes before the court on Defendant David Posey's motion to withdraw counsel and appoint new counsel. (Mot. (Dkt. # 67).) His current defense counsel, Angelo Calfo, agrees that substitution of counsel is appropriate.

Having reviewed Mr. Posey's motion, the court GRANTS Mr. Posey's request to withdraw and appoint new counsel.

IT IS NOW THEREFORE ORDERED that Angelo Calfo is permitted to withdraw from his representation of Mr. Posey in this case.

//

ORDER - 1

IT IS FURTHER ORDERED that new counsel shall be appointed to represent Mr. Posey in this case.

Dated this 23rd day of August, 2018.

JAMES L. ROBART
United States District Judge