# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-280-RSL |
| Plaintiff, | 2:11-CR-387-RSL |
| v. | |
| DAVID POSEY, | ORDER DENYING DEFENDANT'S MOTION FOR NEW COUNSEL |
| Defendant. | |

This matter comes before the Court on defendant David Posey's motion for new counsel. Dkt. #52. The motion was filed on March 25, 2019. See id. Defense counsel has since filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit. See Dkt. #53. As defendant appears to be proceeding with his current representation, the Court DENIES his motion as moot.

DATED this 19th day of April, 2019.

Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
FOR NEW COUNSEL - 1